IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hadley, Helen M | Case Number: 06 B 06430 |
| | Judge: Hollis, Pamela S |
| Printed: 1/8/08 | Filed: 6/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2007
Confirmed: August 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 5,750.00 |  |
| Secured: |  | 4,538.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 925.25 |
| Trustee Fee: |  | 286.35 |
| Other Funds: |  | 0.00 |
| Totals: | 5,750.00 | 5,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,200.25 | 925.25 |
| 2. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 3. | America's Wholesale Lenders | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 800.00 | 160.00 |
| 6. | City Of Chicago Dept Of Revenue | Secured | 7,550.00 | 400.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 13,656.03 | 3,155.07 |
| 8. | America's Wholesale Lenders | Secured | 3,563.58 | 823.33 |
| 9. | City Of Chicago | Unsecured | 23.11 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,662.35 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 1,088.33 | 0.00 |
| 12. | Chase | Unsecured | 488.70 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 617.43 | 0.00 |
| 14. | Illinois Student Assistance Commission | Unsecured | 4,107.28 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 251.04 | 0.00 |
| 16. | CitiMortgage Inc | Secured | | No Claim Filed |
| 17. | Argent Healthcare Fin | Unsecured | | No Claim Filed |
| 18. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 19. | PCC Community Wellness Center | Unsecured | | No Claim Filed |
| 20. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 21. | Sallie Mae | Unsecured | | No Claim Filed |
| 22. | Westside Pathology | Unsecured | | No Claim Filed |
| 23. | CB USA Sears | Unsecured | | No Claim Filed |
| 24. | Sallie Mae | Unsecured | | No Claim Filed |
| 25. | Village Radiology, Ltd. | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hadley, Helen M | Case Number:  06 B 06430 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  6/3/06 |

$$\begin{array}{cc} \underline{\phantom{xxxxxxxx}} & \underline{\phantom{xxxxxxxx}} \\ \$ 35,008.10 & \$ 5,463.65 \end{array}$$

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 193.20 |
| 5.4% | 93.15 |
| | _____ |
| | $ 286.35 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

        _/s/ Marsh_____